UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Criminal No. 10-59-GFVT-CJS |
| Plaintiff/Respondent, | ) | Civil No. 14-7331-GFVT-CJS |
| | ) | |
| V. | ) | |
| | ) | **ORDER** |
| TOMMY BOSHEARS, | ) | |
| | ) | |
| Defendant/Movant. | ) | |
| | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court pending review of the Report and Recommendation of United States Magistrate Judge Candace J. Smith [R. 119] filed herein on February 18, 2015. Consistent with local practice, the Report and Recommendation addresses the *pro se* Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, pursuant to 28 U.S.C. §2255 [R. 103], filed by Tommy Boshears.  The Report and Recommendation concludes that the Petitioner is not entitled to the relief sought.  It also advises the parties that any objections must be filed within fourteen (14) days of service or waive the right to further appeal. [*Id*. at 33-34.] As of this date, neither party has filed objections or sought an extension of time to do so.

Generally, this Court must make a *de novo* determination of those portions of a recommended disposition to which objections are made. 28 U.S.C. § 636(b)(1)(c).  When no objections are made, however, this Court is not required to "review . . . a magistrate's factual or legal conclusions, under a de novo or any other standard . . . ." *Thomas v. Arn*, 474 U.S. 140, 150 (1985).  Parties who fail to object to a Magistrate's report and recommendation are also

barred from appealing a district court's order adopting that report and recommendation. *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). Nevertheless, this Court has examined the record, and it agrees with the Magistrate Judge's Recommended Disposition.

Accordingly, and the Court being sufficiently advised, it is hereby **ORDERED** as follows:

1. The Magistrate's Recommended Disposition [**R. 119**] as to Tommy Boshears is **ADOPTED** as and for the Opinion of the Court;

2. Boshears's Motion to Vacate his sentence under 28 U.S.C. §2255 [**R. 103** in 10-cr-59] is **DENIED;**

3. The Petitioner's request for a Certificate of Appealability is **DENIED**; and

4. **JUDGMENT** in favor of Respondent will be entered contemporaneously herewith; and

5. This matter will be **STRICKEN** from the Court's active docket.

This 10th day of March, 2015.



Signed By:

*Gregory F. Van Tatenhove*

**United States District Judge**